UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No.  CR00-0275-MJP-JPD |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| HAJILE ANSARI, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial revocation hearing on supervised release violations in this case was scheduled before the undersigned Magistrate Judge on February 7, 2006.  The United States was represented by Assistant United States Attorney Susan Dohrman, and the defendant by Mr. James Vonasch.  The proceedings were recorded on cassette tape.

The defendant had been sentenced on or about December 15, 2006, by the Honorable Marsha J. Pechman to twenty-one (21) months in custody followed by sixty (60) months of supervised release  on a charge of conspiracy to commit bank fraud.

In addition to the standard conditions of supervised release, which includes compliance with all local, state, and federal laws, special conditions of supervised release were imposed.  These special conditions included, but were not limited to, mental-health treatment programs, obtaining no new credit, financial disclosure, restitution, and sixty (60) hours of community service.

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

Defendant's sentence was revoked on August 24, 2004, because of admitted violations of his conditions of supervised release. Defendant was sentenced to the custody of the Attorney General of Washington for twenty (20) days, with credit for time served, plus a term of supervised release of forty-eight (48) months, along with the reinstatement of his previous conditions of supervised release.

A warrant for defendant's arrest was issued on December 16, 2005, and defendant was charged with violations of conditions of his supervised release. On January 3, 2006, defendant appeared before the Honorable J. Kelley Arnold for his initial appearance. He was advised of alleged violations 1 and 2, and was remanded to custody. On January 4, 2006, a Supplemental Violation Report was filed.

In the Pretrial Petition for Warrant or Summons for Offender Under Supervision dated December 15, 2005, and the Supplemental Violation Report dated January 4, 2006, Mr. Donald E. Moon, U.S. Probation Officer, alleges the following violations of defendant's conditions of supervised release:

(1) Failing to notify the probation office within 72 hours of being arrested or questioned by law enforcement, on or about November 4, 2005, in violation of standard condition number 11.

(2) Committing the crime of assault, on or about September 9, 2005, in violation of a general condition.

(3) Committing the crime of assault, on or about December 19, 2005, in violation of a general condition.

(4) Committing the crime of telephone harassment, on or about December 19, 2005, in violation of a general condition.

The defendant admitted to violation number 1, and waived his rights to any evidentiary hearing as to whether it occurred.

At the initial revocation hearing, the government dismissed alleged violations

number 2, 3, and 4 without prejudice.

I therefore recommend that the Court find the defendant violated his conditions of supervised release as to violation number 1, and that the Court conduct a hearing limited to disposition of this violation.

A disposition hearing on violation number 1 will be set before the Honorable Marsha J. Pechman at time to be determined. Pending a final determination by the Court, the defendant has been detained.

DATED this 8th day of February, 2006.

_James P. Donohue_
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:            The Hon. Marsha J. Pechman
      AUSA:                      Ms. Janet Freeman
      Defendant's attorney:      Mr. James Vonasch
      Probation officer:         Mr. Don Moon